MARGARET BREMEN, Respondent, v. JOSEPH LUBITZ, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

ARTHUR FLAWN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

THOMAS GUINEA, Respondent, v. PITTSBURGH CONTRACTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Newport Avenue, etc. QUEENS COUNTY WATER COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of Opening of HEGEMAN AVENUE from East Ninety-eighth Street to New Jersey Avenue, etc. LOTUS REALTY COMPANY, Respondent, v. SILVER BELL REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Guardianship of KATHLEEN ISABEL WHEELER and Others, Infants, Respondents. KATHERINE E. WHEELER, Appellant. As the facts of the petition are uncontradicted, it is proper that some compensation be made the mother, who has become indebted for the support and maintenance of the children, and the sum of $750 may be reasonably appropriated for that purpose. The order of the Surrogate's Court of Putnam county is reversed, without costs, and the motion granted for the payment of such sum, without costs. Thomas, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.

KATHRYN F. KRONENWETT, Respondent, v. WILLIAM KRONENWETT, Appellant.— Order affirmed, without costs. No opinion. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.

JOHN L. MANGIN and Others, Appellants, v. WILLIAM P. MANGIN, Individually and as Administrator, etc., and Another, Respondents, Impleaded with Others.- - Judgment of the County Court of Orange county unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

THOMAS J. McGRAW, Respondent, v. LAWRENCE GRESSER, Appellant.— Judgment and order affirmed, with costs. No opinion. Carr, Mills and Rich, JJ., concurred; Jenks, P. J,, and Putnam, J., dissented on the ground that the finding of bad faith is against the weight of evidence, in view of the uncontradicted testimony as to the advice received from the corporation counsel.